AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| James Michael Flemming ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   4:16-cv-3708-TMC |
| Dutch Fork Magistrate Court, Judge Mr. Melvin ) | |
| Wayner Maurer, Mr. Stoney Drake, Mrs. Dr. Beverly ) | |
| A. Wood, MD, Ms. Deborah Hollifield, et al ) | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice and without issuance and service of process

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 19, 2017                                           *CLERK OF COURT*

                                                              s/Debbie Stokes
                                                              *Signature of Clerk or Deputy Clerk*